RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Samuel Lane Donesing

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMUEL LANE DONESING, and<br>JAEMILLA EAGENS,<br><br>  Defendants. | Case No. 2:18-cr-246-RFB-NJK<br><br>**UNOPPOSED MOTION FOR PREPAREATION OF PRE-PLEA PRESENTENCE REPORT (PSR)** |

Defendant Samuel Donesing requests the Court enter an order directing the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report (PSR) to determine the defendant's Criminal History.

On DATE, Mr. Doensing was charged in a X count indictment with X and Y. The parties are attempting to negotiate this case. The parties believe that they may be able to resolve this case short of trial. Based on defense counsel's review of Mr. Donesing's criminal record, there appear to be a number of issues with respect to how his prior convictions will be counted. To satisfy Mr. Donesing's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as to whether to accept or reject a plea offer, he has requested that a Pre-Plea Presentence Investigation Report be completed so that he understands

how Probation will calculate his Criminal History Points and corresponding category. Defense counsel has spoken with AUSA Linda Mott and she does not oppose this motion.

Conclusion

Mr. Donesing respectfully requests the Court order the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report to determine his Criminal History Points and corresponding Criminal History Category.

DATED this 6th day of May, 2019.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Kathryn C. Newman*
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Attorney for Samuel Lane Donesing

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the foregoing motion, and good cause appearing, that the United States Department of Probation for the District of Nevada shall prepare a Pre-Plea Presentence Investigation Report (PSR) with respect to Defendant Samuel Lane Donesing's Criminal History Points and Criminal History Category.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: May 7, 2019.

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 6, 2019, she served an electronic copy of the above and foregoing Unopposed Motion for Preparation of a Pre-Plea PSR by electronic service (ECF) to the person named below:

>NICHOLAS. TRUTANICH
>United States Attorney
>LINDA MOTT
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ April Graham*
Employee of the Federal Public Defender